IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

REGINALD ORLANDO SHARP, )
#276220, )
　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　)　　CASE NO. 2:17-CV-427-WKW
v. )　　[WO]
　　　　　　　　　　　　　　　　　)
SGT. CALVIN BANKS, )
　　　　　　　　　　　　　　　　　)
　　　　　Defendant. )

**ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 11.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 11) is ADOPTED; and

2. This action is DISMISSED without prejudice for Plaintiff's failures to prosecute this action and comply with the orders of the court.

A final judgment will be entered separately.

DONE this 8th day of November, 2017.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE